### GROGAN *et al. v.* DARNELL *et al.*

BECK, J. There was no error in sustaining the demurrer to the intervention of the plaintiffs in error.

                *Judgment affirmed. All Justices concur.*
                     APRIL 14, 1911.

     Intervention. Before Judge Kimsey. Dawson superior court. February 15, 1910.

     *H. H. Perry* and *Charters & Charters,* for plaintiffs in error.

     *George K. Looper, O. J. Lilly, Luther Roberts,* and *C. W. Bond,* contra.